IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED,<br><br>                      Plaintiffs,<br>vs.<br><br>STARTRACK, LLC<br><br>                      Defendant. | **Case No.: 1:13-cv-3193**<br><br>**DEMAND FOR JURY TRIAL** |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited (collectively, "ArrivalStar" or "Plaintiffs"), by and through their undersigned attorneys, for their complaint against defendant Startrack, LLC ("Startrack") (Startrack is referred to herein as "Defendant") hereby allege as follows:

**NATURE OF LAWSUIT**

1. This action involves claims for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. This Court has exclusive jurisdiction over the subject matter of the Complaint under 28 U.S.C. § 1338(a).

**THE PARTIES**

2. ArrivalStar S.A. is a corporation organized under the laws of Luxembourg and having offices at 67 Rue Michel, Welter L-2730, Luxembourg.

3. Melvino Technologies Limited is a corporation organized under the laws of the British Virgin Island of Tortola, having offices at P.O. Box 3152, RG Hodge Building, Road Town, Tortola, British Virgin Islands.

4. ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 6,714,859 ("the '859 patent"), entitled "System and method for an advance notification system for monitoring and reporting proximity of a vehicle," issued March 30, 2004. A copy of the '859 patent is annexed hereto as Exhibit A.

5. ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 6,904,359 ("the '359 patent"), entitled "Notification systems and methods with user-definable notifications based upon occurance of events," issued June 7, 2005. A copy of the '359 patent is annexed hereto as Exhibit B. The '359 patent was the subject of an *Inter Partes* reexamination at the United States Patent and Trademark Office. A Reexamination Certificate was issued on May 25, 2010 and is annexed hereto as Exhibit C.

6. ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 6,952,645 ("the '645 patent"), entitled "System and method for activation of an advance notification system for monitoring and reporting status of vehicle travel," issued October 4, 2005. A copy of the '645 patent is annexed hereto as Exhibit D.

7. ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 7,191,058 ("the '058 patent"), entitled "Notification systems and methods enabling user entry of notification trigger information based upon monitored mobile vehicle location," issued March 13, 2007. A copy of the '058 patent is annexed hereto as Exhibit E.

8. Defendant Startrack is a Delaware Limited Liability Company with a place of business at 5201 Blue Lagoon Drive, Suite 800, Miami, Florida 33126. Startrack transacts

business and has, at a minimum, offered to provide and/or provided in this judicial district and throughout the State of Illinois services that infringe claims of the '859, '359, '645, and '058 patents.

9. Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400(b).

**DEFENDANT STARTRACK'S ACTS OF PATENT INFRINGEMENT**

10. Defendant Startrack has infringed claims of the '859, '359, '645, and '058 patents through, among other activities, the use and sale of Startrack's GPS Fleet Management System.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs ask this Court to enter judgment against the Defendant, and against their subsidiaries, affiliates, agents, servants, employees and all persons in active concert or participation with them, granting the following relief:

A. An award of damages adequate to compensate ArrivalStar for the infringement that has occurred, together with prejudgment interest from the date that Defendant's infringement of the ArrivalStar patents began;

B. Increased damages as permitted under 35 U.S.C. § 284;

C. A finding that this case is exceptional and an award to ArrivalStar of its attorneys' fees and costs as provided by 35 U.S.C. § 285;

D. Such other and further relief as this Court or a jury may deem proper and just.

**JURY DEMAND**

ArrivalStar demands a trial by jury on all issues presented in this Complaint.

Dated: April 29, 2013   Respectfully submitted,

 /s/ Anthony E. Dowell
Anthony E. Dowell
aedowell@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
(317) 713-3500
(317) 713-3699 (fax)

**ATTORNEY FOR PLAINTIFFS**